IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-544-WYD-OES

JOHN A. FLOREZ,

    Plaintiff(s),

v.

CHIEF SECURITY, INC., a New Mexico corporation doing business in Colorado,

    Defendant(s).

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The parties have filed a Stipulation for Dismissal with Prejudice on September 6, 2005.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

 Dated:  September 7, 2005

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    U. S. District Judge